IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ECCLESIASTICAL DENZEL WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>LARRY DENNEY, et al.,<br><br>    Defendants. | Case No. 14--6118-CV-SJ-NKL |

## JUDGMENT IN A CIVIL CASE

____ Jury Verdict.  This action came before the Court for a trial by jury.

__X__ Decision by Court.  This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to Order, Doc. 217, entered by the Honorable Nanette K. Laughrey on October 3, 2017, plaintiff Washington's motion for an award of attorney fees, costs, and expenses, Doc. 176, is granted in part and denied in part. The Court awards to plaintiff's counsel a total of $161,681.02, comprised of $152,276.51 in fees, $4,911.81 in attorney expenses, and $4,492.70 in taxable costs. Mr. Washington must pay $11,100 (representing ten percent of his monetary damages) of this award.

Date: October 3, 2017
                                        PAIGE WYMORE-WYNN
                                        Clerk of Court

                                        s/ RENEA MATTHES MITRA
                                        By: Renea Matthes Mitra, Courtroom Deputy