# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-2747

Ecclesiastical Denzel Washington, also known as Willie Simmons

Appellee

v.

Larry Denney, Warden

Appellant

Terry Page, Deputy Warden, et al.

Ronda Pash, Deputy Warden

Appellant

Kimberly Herring, F.U.M.

Cyndi Prudden, Deputy Division Director

Appellant

Shawn D. Huff, C.O.II, et al.

Mrs. Richey

Appellant

Sliver, C.O. II, et al.

---

Appeal from U.S. District Court for the Western District of Missouri - St. Joseph
(5:14-cv-06118-NKL)

---

## MANDATE

In accordance with the opinion and judgment of 08/13/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 13, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit