# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-3425
_____

David Barnett

Movant - Appellant

v.

Ecclesiastical Denzel Washington, also known as Willie Simmons

Plaintiff - Appellee

v.

Larry Denney, Warden; Terry Page, Deputy Warden; Chris McBee, Deputy Warden; Todd Warren, Assistant Warden

Defendants - Appellees

Lauretta Aitkens, Chief of Custody

Defendant

Ronda Pash, Deputy Warden

Defendant - Appellee

Kimberly Herring, F.U.M.

Defendant

Cyndi Prudden, Deputy Division Director; Shawn D. Huff, C.O.II; Shawn Pettigrew, C.C.W.; Judy Huff, C.C.W.; Brian Montgomery

Defendants - Appellees

Mr. White

Defendant

Mrs. Richey; Sliver, C.O. II; Mrs. McDonnal; Steven Nibarger; Mrs. Parkhurst; Mr. Green; Deron Neu; Brent Jestes

Defendants - Appellees

_____

## JUDGMENT

Before WOLLMAN, KELLY and ERICKSON, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed as untimely. The appellant's motion for leave to proceed on appeal in forma pauperis is denied as moot. The full $505.00 appellate filing and docketing fees are assessed against the appellant. The court remands the collection of those fees to the district court.

December 13, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans