# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-3425

David Barnett

Appellant

v.

Ecclesiastical Denzel Washington, also known as Willie Simmons

Appellee

v.

Larry Denney, Warden, et al.

Appellees

Lauretta Aitkens, Chief of Custody

Ronda Pash, Deputy Warden

Appellee

Kimberly Herring, F.U.M.

Cyndi Prudden, Deputy Division Director, et al.

Appellees

Mr. White

Mrs. Richey, et al.

Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - St. Joseph
(5:14-cv-06118-NKL)

---

**MANDATE**

In accordance with the judgment of 12/13/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 06, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit