IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

ECCLESIASTICAL DENZEL      )
WASHINGTON,                )
                           )
        Plaintiff,         )        Case No. 14-cv-06118-NKL
                           )
v.                         )
                           )
LARRY DENNEY, *et al*.     )
                           )
        Defendants.        )

## STIPULATED DISMISSAL

Plaintiff Ecclesiastical Denzel Washington hereby dismisses with prejudice his claims

against Defendants Larry Denney, Ronda Pash, Cheryl Richey, and Cynthia Prudden.

DATED: April 1, 2019

                           Respectfully submitted,

                           /s/ Phillip J. R. Zeeck
                           Phillip J. R. Zeeck
                           POLSINELLI PC
                           900 W. 48th Place, Suite 900
                           Kansas City, MO  64112
                           Phone:  816-572-4592
                           Facsimile:  816-753-1536

                           ATTORNEY FOR PLAINTIFF
                           ECCLESIASTICAL WASHINGTON

                           and

                           /s/ Nicolas Taulbee
                           Nicolas Taulbee
                           Missouri Attorney General's Office
                           615 East 13th Street, Suite 401
                           Kansas City, MO  64106
                           Phone:  816-889-5000
                           Facsimile:  816-889-5006

                           ATTORNEY FOR DEFENDANTS